Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
 Linda Burgess

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA BURGESS,

    Plaintiff,

vs.

TOWNSEND AND TOWNSEND
AND CREW LLP
LONG TERM DISABILITY PLAN

    Defendant,

THE PRUDENTIAL INSURANCE
COMPANY
OF AMERICA,

    Real Party in Interest.

No. C07-05310

COMPLAINT FOR
ERISA BENEFITS

Comes now plaintiff alleging of defendant as follows:

### Jurisdiction

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 28 U.S.C. 1132(f).

**Complaint for Damages**                                    1

## Facts

2. Plaintiff is a beneficiary of the Townsend and Townsend & Crew LLP Long Term Disability Plan who resides within this judicial district. The plan is an employee benefit plan under the Employee Retirement Income Security Act of 1974.

3. Real party in interest, Prudential Insurance Company of America, is a corporation which acts as a fiduciary of the plan, insures the plan and has taken over as the decision-maker for disability benefits under the plan.

4. Plaintiff became disabled on July 14, 2005, during her employment by Townsend and Townsend & Crew LLP and while covered under the plan which provides for payment in the event of disability.

5. Plaintiff applied for long term disability benefits under the plan and her claim was approved for the period of October 11, 2005 through November 13, 2005.

6. Plaintiff appealed the termination date and was arbitrarily denied on August 3, 2007.

7. Plaintiff earned $6041.66 per month. The plan pays a benefit equal to 66.67% of salary after a 90 day elimination period. Plaintiff has therefore lost benefits due to date of approximately $86,597.48. Further, plaintiff is entitled to accelerate the remaining payments due under the policy through age 65, an amount equal to approximately $435,001.32.

8. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorneys fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $150,000 through trial.

**Complaint for Damages**                                                2

Wherefore, plaintiff prays for relief as set forth below:

1. For benefits, past and future, for long term disability, in the sum of $522,000. plus interest according to proof;

2. For attorneys fees of $150,000 or according to proof;

3. For such other relief as the court deems just and proper.

Dated: October 18, 2007

Laurence F. Padway
Attorney for plaintiff Linda Burgess

**Complaint for Damages**            3