IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant._____/ | No. C 07-05310 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on January 25, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days**

1 prior to the conference.  The joint case management statement shall address all of the topics set forth
2 in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*
3 *Management Statement*, which can be found on the Court's website located at
4 http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is
5 proceeding without counsel, the parties may file separate case management statements.    Separate
6 statements my also address all of the topics set forth in the Standing Order referenced above.  Any
7 request to reschedule the date of the conference shall be made in writing, and by stipulation if
8 possible, at least ten (10) calendar days before the date of the conference and must be based upon
9 good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the
10 parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
11 corporations or other entities known by the parties to have either (1) financial interest in the subject
12 matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be
13 substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities
14 or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference
15 the pleading or document in which the disclosure was made.  In this regard, counsel are referred to
16 the Court's Recusal Order posted on the Court website at the Judges Information link at
17 http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2