# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 25, 2008                     **Court Reporter:** Kathy Powell


**CASE NO. C-07-5310  JSW**

**TITLE:**  Linda Burgess v. Townsend and Townsend and Crew LLP Long Term Disability Plan


**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Costa Nikoloutsopoulis                        Tad Devlin


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 2-1-08.

**Deadline to file motion to allow discovery:  4-4-08**

**Cross Motions for Summary Judgment briefing schedule:**

**Counsel shall meet and confer re: who will file first and follow the following deadlines:**
   **Opening Motion due:  6-27-08**
   **Opposition and cross motion due:  7-11-08**
   **Reply and opposition to cross motion due:  7-25-08**
   **Reply in support of cross motion due:  8-8-08**

**Hearing on Cross Motions for Summary Judgment:  9-12-08 at 9:00 a.m.**
**Further CMC:  9-12-08 at 9:00 a.m.**
**Joint CMC statement due:  9-5-08**