1  Laurence F. Padway, SBN# 83914
   Costa Nikoloutsopoulos, SBN# 248905
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Phone: (510) 814-0680
4  Fax:   (510) 814-0650

5

   Attorneys for plaintiff
6  LINDA BURGESS

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  LINDA BURGESS                          CASE NO. C07-05310

12              Plaintiff,
                                           NOTICE OF APPEARANCE
13
14  vs.

15  TOWNSEND AND TOWNSEND
    AND CREW LLP
16  LONG TERM DISABILITY PLAN

17              Defendant,
18  _____

19  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
20
                Real Party in Interest.
21
    _____
22

23

24

25

26              TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27

28              **PLEASE TAKE NOTICE** that attorney Costa Nikoloutsopoulos of the Law

---

Notice of Appearance                 1                    CASE NO. C07-05310

Offices of Laurence F. Padway, 1516 Oak Street, Suite 109, Alameda, California 94501 hereby appears as additional attorney of records on behalf of plaintiff Linda Burgess.

Dated: January 30, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
Laurence F. Padway
Attorney for Plaintiff