1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9                                                  No. C
10            Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A
                                                   UNITED STATES MAGISTRATE JUDGE**
11       v.
12
13            Defendant(s).
                                        /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21   Dated: _____          /s/ Laurence F. Padway
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28