1  Laurence F. Padway, SBN# 83914
   Costa Nikoloutsopoulos, SBN# 248905
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Phone: (510) 814-0680
4  Fax:    (510) 814-0650

5  Attorneys for plaintiff

6  Roanld K. Alberts SBN#100017
   Tad A. Devlin, SBN#190355
7  Gordon & Rees LLP
   275 Battery Street, 20th Floor
8  San Francisco, CA 94111
   Phone: (415) 986.5900
9  Fax: (415) 986.8054

10 Attorneys for Defendant and
    Real Party in Interest
11

12
13
14              **UNITED STATES DISTRICT COURT**
15
                **NORTHERN DISTRICT OF CALIFORNIA**
16
17
   LINDA BURGESS                          CASE NO. C07-05310
18
              Plaintiff,                  JOINT STATEMENT RE
19                                        CONSENT/DECLINATION TO A
                                          MAGISTRATE JUDGE FOR ALL
20  vs.                                   PURPOSES
21
   TOWNSEND AND TOWNSEND
22 AND CREW LLP
   LONG TERM DISABILITY PLAN
23
              Defendant,
24
25
   THE PRUDENTIAL INSURANCE
26 COMPANY OF AMERICA,

27            Real Party in Interest.

28

---

Joint Statement re Magistrate                1                    CASE NO. C07-05310

1 | The parties have consulted and they do not both agree to consent to a United States Magistrate Judge for trial and disposition.

Dated: January 31, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/
Laurence F. Padway
Attorney for Plaintiff

Dated: January 31, 2008

GORDON & REES LLP

By: /s/
Tad A. Devlin
Attorney for Defendant