# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Burgess,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Townsend and Townsend and Crew LLP Long Term Disability,<br><br>              Defendant(s). | 07-05310 JSW MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Arthur R. Siegel to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: February 21, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

---
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-05310 JSW MED