# UNITED STATES DISTRICT COURT

### Northern District of California

| Burgess, | 07-05310 JSW MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Townsend and Townsend and Crew LLP Long Term Disab, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James P. Baker**
Jones Day
555 California St., 26th Fl.
San Francisco, CA 94104-1500
415-875-5721
jpbaker@jonesday.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05310 JSW MED                            - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
L.R. 6-7 shall NOT be filed with the court.

Dated: March 4, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05310 JSW MED                    - 2 -