Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO CONDUCT MEDIATION |

　　　　On March 4, 2008, this Court referred this case to mediation and set a deadline for completion of mediation by April 21, 2008.

　　　　Counsel for Plaintiff, LINDA BURGESS, and for Defendant TOWNSEND AND TOWNSEND AND CREW, LLP, as well as the assigned mediator, James Baker, have conferred regarding mutual dates of availability.

1  The first mutually available date for all parties and the mediator is April 22, 2008.
2  Accordingly, the parties respectfully request that the mediation deadline be extended to April 22,
3  2008.
4
5  IT IS HEREBY STIPULATED AND AGREED THAT:
6  The deadline for the completion of the mediation be extended from April 21, 2008
7  to April 22, 2008.
8
9  Dated: March 26, 2008                    LAW OFFICES OF LAURENCE F. PADWAY
10
11                                          By: ____/s/_____
                                                Laurence F. Padway
12                                              Attorneys for Plaintiff
                                                LINDA BURGESS
13
14 Dated: March 26, 2008                    GORDON & REES
15
16                                          By: ____/s/_____
                                                Tad A. Devlin
17                                              Attorneys for Defendant
                                                TOWNSEND AND TOWNSEND
18                                              AND CREW, LLP
19
20                                  **ORDER**
21  IT IS HEREBY ORDERED that the deadline for completing mediation in this
22 matter is continued to April 22, 2008.
23
24 Dated: March ____, 2008
25
26                                          _____
                                            United States District Court Judge
27                                          Jeffrey S. White
28