Laurence F. Padway, SBN# 83914
Costa Nikoloutsopoulos, SBN# 248905
Karen Wind, SBN#124852
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone: (510) 814-0680
Fax:    (510) 814-0650

Attorneys for plaintiff
LINDA BURGESS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS | CASE NO. C07-05310 |
| Plaintiff, | |
| | NOTICE OF APPEARANCE |
| vs. | |
| TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN | |
| Defendant, | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Real Party in Interest. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that attorney Karen Wind of the Law Offices of Laurence F. Padway, 1516 Oak Street, Suite 109, Alameda, California 94501 hereby appears as

---

Plaintiff's Initial Disclosures                         1                         CASE NO. C07-05310

1  additional attorney of records on behalf of plaintiff Linda Burgess.

3  Dated:  April 4, 2008

4  LAW OFFICES OF LAURENCE F. PADWAY

6  By: ____/s/_____
   Laurence F. Padway
7  Attorney for Plaintiff

20  PROOF OF SERVICE

21  I am a citizen of the United States, employed in the County of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 1516 Oak Street, Suite 109, Alameda, California 94501.

23  On the date set forth below, I caused the following document(s) to be served as follows:

24  **PLAINTIFF'S INITIAL DISCLOSURES**

25  __X__ **MAIL** – I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, with postage fully prepaid and deposited at or before the close of business.

28  __X__ **FACSIMILE** – I served a true copy of the aforementioned document by use of facsimile machine on the parties in this action to the numbers as set forth below. The facsimile machine I used complied

1  with California Rules of Court, Rule 2003 (3) and no error was reported by the machine.  Pursuant to Rules of Court, Rule 2008 (e) I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

___ **PERSONAL SERVICE**– Delivered by hand to the addressee addressed as set forth below.

___ **OVERNIGHT DELIVERY** – By causing a true copy to and/or original thereof to be sent via overnight delivery.

___ **CERTIFIED MAIL** - I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Services.  Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, with postage fully prepaid and deposited at or before the close of business.

Ronald K. Alberts
Tad A. Devlin
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

I declare the foregoing under the penalty of perjury.

Executed on January 18, 2008 at Alameda, California.

_____

Susan Pope