Laurence F. Padway (SBN 083914)
Karen K. Wind (SBN 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>             Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>             Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE MOTION TO ALLOW DISCOVERY |

　　　　WHEREAS, at the Initial Case Management Conference held January 25, 2008, this Court set a deadline of April 4, 2008, to file a motion to allow discovery.

　　　　WHEREAS, counsel for Plaintiff, LINDA BURGESS, and counsel for Defendant, TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN and Real Party in Interest, THE PRUDENTIAL INSURANCE CO. OF AMERICA , have started to confer and now desire additional time to continue to confer about discovery in this action.

1  WHEREAS, seeing that a one-week extension of time shall not result in prejudice
2 to any party, counsel for the parties respectfully request that the Court extend the deadline to file
3 a motion to allow discovery to April 11, 2008.
4
5  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
6  The deadline to file a motion to allow discovery shall be extended from April 4,
7 2008 to April 11, 2008.
8
9 Dated: April 4, 2008                LAW OFFICES OF LAURENCE F. PADWAY
10
                                     By: _____/s/_____
11                                        Karen K. Wind
                                          Attorneys for Plaintiff
12                                        LINDA BURGESS
13
   Dated: April 4, 2008                GORDON & REES LLP
14
15                                     By: _____/s/_____
                                          Tad A. Devlin
16                                        Attorneys for Defendant
                                          TOWNSEND AND TOWNSEND AND
17                                        CREW LLP LONG TERM DISABILITY
                                          PLAN and Real Party in Interest,
18                                        THE PRUDENTIAL INSURANCE CO. OF
                                          AMERICA
19
20                                  **ORDER**
21
22  IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery
23 is extended to April 11, 2008.
24
   Dated: April ____, 2008
25
26
27                                     _____
                                       United States District Court Judge
                                       Jeffrey S. White
28

                                    2                    CASE NO. C07-05310