1  Laurence F. Padway (SBN 083914)
   Karen K. Wind (SBN 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:   (510) 814-6100
4  Facsimile:   (510) 814-0650

5

   Attorneys for Plaintiff
6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | LINDA BURGESS,                        | CASE NO. C07-05310 JSW
11 |         Plaintiff,                    | STIPULATION AND [PROPOSED]
                                            ORDER RE EXTENSION OF TIME TO
12 | v.                                    | FILE MOTION TO ALLOW DISCOVERY
13 | TOWNSEND AND TOWNSEND
   | AND CREW LLP
14 | LONG TERM DISABILITY PLAN,
15 |         Defendant,
16 |
17 | THE PRUDENTIAL INSURANCE
   | COMPANY OF AMERICA,
18 |
19 |         Real Party in Interest.
20

21        WHEREAS, at the Initial Case Management Conference held January 25, 2008, this

22 Court set a deadline of April 4, 2008, to file a motion to allow discovery.

23

24        WHEREAS, counsel for Plaintiff, LINDA BURGESS, and counsel for Defendant,

25 TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN and

26 Real Party in Interest, THE PRUDENTIAL INSURANCE CO. OF AMERICA , have started to

27 confer and now desire additional time to continue to confer about discovery in this action.

28

                                    1                       CASE NO.  C07-05310

WHEREAS, seeing that a one-week extension of time shall not result in prejudice to any party, counsel for the parties respectfully request that the Court extend the deadline to file a motion to allow discovery to April 11, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The deadline to file a motion to allow discovery shall be extended from April 4, 2008 to April 11, 2008.

Dated: April 4, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

By: _____/s/_____
　　Karen K. Wind
　　Attorneys for Plaintiff
　　LINDA BURGESS

Dated: April 4, 2008                    GORDON & REES LLP

By: _____/s/_____
　　Tad A. Devlin
　　Attorneys for Defendant
　　TOWNSEND AND TOWNSEND AND
　　CREW LLP LONG TERM DISABILITY
　　PLAN and Real Party in Interest,
　　THE PRUDENTIAL INSURANCE CO. OF
　　AMERICA

## **ORDER**

IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery is extended to April 11, 2008.

Dated: April 7, 2008

_____
United States District Court Judge
Jeffrey S. White