1 | Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, CA 94501
3 | Telephone: (510) 814-6100
Facsimile: (510) 814-0650
4 |
Attorneys for Plaintiff
5 |
Roanld K. Alberts SBN#100017
6 | Tad A. Devlin, SBN#190355
Gordon & Rees LLP
7 | 275 Battery Street, 20th Floor
San Francisco, CA 94111
8 | Phone: (415) 986.5900
Fax: (415) 986.8054
9 |
Attorneys for Defendant and
10 |  Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>             Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND<br>AND CREW LLP<br>LONG TERM DISABILITY PLAN,<br><br>             Defendant, | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SUBSTITUTING MEDIATOR |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>             Real Party in Interest. | |

IT IS HEREBY STIPULATED AND AGREED THAT:

Bruce Winkelman may be substituted as mediator in place of James Baker. The mediation date will remain April 22, 2008 commencing at 10:30 a.m. at the offices of Gordon and Rees.

Dated: April 18, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

By: ____/s/_____
Laurence F. Padway
Attorneys for Plaintiff
LINDA BURGESS

Dated: April 18, 2008                    GORDON & REES

By: ____/s/_____
Tad A. Devlin
Attorneys for Defendant
TOWNSEND AND TOWNSEND
AND CREW, LLP

## **ORDER**

IT IS HEREBY ORDERED that Bruce Winkleman is substituted as mediator in place of James Baker.

Dated: April ____, 2008

_____
United States District Court Judge
Jeffrey S. White