Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

Roanld K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
 Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>    Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING MEDIATOR |

1  IT IS HEREBY STIPULATED AND AGREED THAT:

2  Bruce Winkelman may be substituted as mediator in place of James Baker. The
3  mediation date will remain April 22, 2008 commencing at 10:30 a.m. at the offices of Gordon
4  and Rees.

6  Dated: April 18, 2008                LAW OFFICES OF LAURENCE F. PADWAY

8  By: ____/s/_____
      Laurence F. Padway
9     Attorneys for Plaintiff
      LINDA BURGESS

11 Dated: April 18, 2008                GORDON & REES

13 By: ____/s/_____
      Tad A. Devlin
14    Attorneys for Defendant
      TOWNSEND AND TOWNSEND
15    AND CREW, LLP

### ORDER

IT IS HEREBY ORDERED that Bruce Winkleman is substituted as mediator in place of James Baker.

Dated: April  21 , 2008

_____
United States District Court Judge
Jeffrey S. White