1  Laurence F. Padway (SBN 083914)
   Karen K. Wind (SBN 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:  (510) 814-6100
4  Facsimile:  (510) 814-0650

5

6  Attorneys for Plaintiff

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10  LINDA BURGESS,                        CASE NO. C07-05310 JSW

11            Plaintiff,                  STIPULATION AND [PROPOSED]
                                          ORDER RE EXTENSION OF TIME TO
12  v.                                    FILE MOTION TO ALLOW DISCOVERY

13  TOWNSEND AND TOWNSEND
    AND CREW LLP
14  LONG TERM DISABILITY PLAN,

15            Defendant,

16  ────────────────────────────

17  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
18

19            Real Party in Interest.

20  ────────────────────────────

21        WHEREAS, by Orders dated April 7, 2008 and April 14, 2008 this Court extended

22  the deadline to file a motion to allow discovery in this action to April 25, 2008;

23

24        WHEREAS, counsel for Plaintiff, LINDA BURGESS, and counsel for Defendant,

25  TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN and

26  Real Party in Interest, THE PRUDENTIAL INSURANCE CO. OF AMERICA, have conferred

27  and now desire more time to resolve certain details regarding Plaintiff's proposed discovery;

28

                              1                    CASE NO.  C07-05310

1    WHEREAS, seeing that an additional extension of time shall not result in prejudice

2 to any party, counsel for the parties respectfully request that the Court further extend the deadline

3 to file a motion to allow discovery to May 9, 2008.

4

5    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

6    The deadline to file a motion to allow discovery shall be extended from April 25,

7 2008 to May 9, 2008.

8

9 Dated: April 25, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

10

11                                By: _____/s/_____
                                        Laurence F. Padway
                                        Attorneys for Plaintiff
12                                      LINDA BURGESS

13 Dated: April 25, 2008                    GORDON & REES LLP

14

15                                By: _____/s/_____
                                        Tad A. Devlin
16                                      Attorneys for Defendant
                                        TOWNSEND AND TOWNSEND AND
17                                      CREW LLP LONG TERM DISABILITY
                                        PLAN  and  Real Party in Interest,
18                                      THE PRUDENTIAL INSURANCE CO. OF
                                        AMERICA
19

20                                    **ORDER**

21    IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery

22 is extended to May 9, 2008.

23

24 Dated: April ____, 2008

25

26

27                                    _____
                                        United States District Court Judge
28                                      Jeffrey S. White

2                    CASE NO.  C07-05310