Laurence F. Padway (SBN 083914)
Karen K. Wind (SBN 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>    Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO FILE MOTION TO ALLOW DISCOVERY |

WHEREAS, by Orders dated April 7, 2008 and April 14, 2008 this Court extended the deadline to file a motion to allow discovery in this action to April 25, 2008;

WHEREAS, counsel for Plaintiff, LINDA BURGESS, and counsel for Defendant, TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN and Real Party in Interest, THE PRUDENTIAL INSURANCE CO. OF AMERICA, have conferred and now desire more time to resolve certain details regarding Plaintiff's proposed discovery;

WHEREAS, seeing that an additional extension of time shall not result in prejudice to any party, counsel for the parties respectfully request that the Court further extend the deadline to file a motion to allow discovery to May 9, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The deadline to file a motion to allow discovery shall be extended from April 25, 2008 to May 9, 2008.

Dated: April 25, 2008                LAW OFFICES OF LAURENCE F. PADWAY

                                     By: _____/s/_____
                                         Laurence F. Padway
                                         Attorneys for Plaintiff
                                         LINDA BURGESS

Dated: April 25, 2008                GORDON & REES LLP

                                     By: _____/s/_____
                                         Tad A. Devlin
                                         Attorneys for Defendant
                                         TOWNSEND AND TOWNSEND AND
                                         CREW LLP LONG TERM DISABILITY
                                         PLAN and Real Party in Interest,
                                         THE PRUDENTIAL INSURANCE CO. OF
                                         AMERICA

## ORDER

IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery is extended to May 9, 2008.

Dated: ~~April~~ May 5, 2008

                                     _____
                                     United States District Court Judge
                                     Jeffrey S. White

2                                    CASE NO. C07-05310