1  Laurence F. Padway (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone:   (510) 814-6100
   Facsimile:   (510) 814-0650
4
   Attorneys for Plaintiff
5
   Ronald K. Alberts SBN#100017
6  Tad A. Devlin, SBN#190355
7  Gordon & Rees LLP
   275 Battery Street, 20th Floor
8  San Francisco, CA 94111
   Phone: (415) 986.5900
9  Fax: (415) 986.8054

10 Attorneys for Defendant and
   Real Party in Interest

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
   LINDA BURGESS,                    | CASE NO. C07-05310 JSW
14
          Plaintiff,                 | STIPULATION AND [PROPOSED]
15                                   | ORDER TO EXTEND TIME TO FILE
   v.                                | MOTION TO ALLOW DISCOVERY
16
   TOWNSEND AND TOWNSEND
17 AND CREW LLP
   LONG TERM DISABILITY PLAN,
18
          Defendant,
19

20 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
21

22        Real Party in Interest.
23

24
          Whereas, by prior orders dated April 7, April 11 and April 25, this Court has
25
   extended the time for the filing of a motion to allow discovery so that said motion may be filed
26
   no later than May 9,
27

28

                              1                    CASE NO.  C07-05310

1    Whereas, counsel have continued to confer, but counsel for plaintiff underwent

2  surgery on April 30, and was largely unavailable from that date until May 7, the parties request a

3  final, one week extension of time to meet and confer and attempt to resolve the discovery issues.

4

5    Whereas, this extension of time shall not result in prejudice to any party, counsel

6  respectfully request the Court to extend the deadline for the filing of a motion to permit

7  discovery from May 9, 2008 until May 16, 2008.

8

9  Dated: May 9, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

10

11                                       By: ____/s/_____
                                             Laurence F. Padway
                                             Attorneys for Plaintiff
12                                           LINDA BURGESS

13  Dated: May 9, 2008                    GORDON & REES

14

15                                       By: ____/s/_____
                                             Ronald Alberts
                                             Attorneys for Defendant
16                                           TOWNSEND AND TOWNSEND
                                             AND CREW, LLP and Real Party in
17                                           Interest, The Prudential Insurance
                                             Company of America

18                                       **ORDER**

19

20        IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery

    is extended to May 16, 2008.
21

22

    Dated: May __, 2008
23

24                                       _____
                                         United States District Court Judge
                                         Jeffrey S. White
25

26

27

28

                                        2                        CASE NO.  C07-05310