Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO ALLOW DISCOVERY |

　　　Whereas, by prior orders dated April 7, April 11 and April 25, this Court has extended the time for the filing of a motion to allow discovery so that said motion may be filed no later than May 9,

1       Whereas, counsel have continued to confer, but counsel for plaintiff underwent surgery on April 30, and was largely unavailable from that date until May 7, the parties request a final, one week extension of time to meet and confer and attempt to resolve the discovery issues.

      Whereas, this extension of time shall not result in prejudice to any party, counsel respectfully request the Court to extend the deadline for the filing of a motion to permit discovery from May 9, 2008 until May 16, 2008.

Dated: May 9, 2008            LAW OFFICES OF LAURENCE F. PADWAY

                                   By: ____/s/_____
                                           Laurence F. Padway
                                           Attorneys for Plaintiff
                                           LINDA BURGESS

Dated: May 9, 2008            GORDON & REES

                                   By: ____/s/_____
                                   Ronald Alberts
                                   Attorneys for Defendant
                                   TOWNSEND AND TOWNSEND
                                   AND CREW, LLP and Real Party in
                                   Interest, The Prudential Insurance
                                   Company of America

## **ORDER**

      IT IS HEREBY ORDERED that the deadline for filing a motion to allow discovery is extended to May 16, 2008. Absent a showing of good cause, this is the last extension the Court will provide.

Dated: May 12, 2008

                                   _/s/ Jeffrey S. White_____
                                   United States District Court Judge
                                   Jeffrey S. White