1  Laurence F. Padway (SBN 083914)
   Karen K. Wind (SBN 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:  (510) 814-6100
4  Facsimile:  (510) 814-0650

5

   Attorneys for Plaintiff
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LINDA BURGESS,                              | CASE NO. C07-05310 JSW
12 |            Plaintiff,                       | **NOTICE OF MOTION AND**
13 | v.                                          | **MOTION TO ALLOW DISCOVERY**
   |                                             | Date:  June 20, 2008
14 | TOWNSEND AND TOWNSEND                       | Time:  9:00 a.m.
15 | AND CREW LLP LONG TERM                      | Ctrm:  2 (17th Floor)
   | DISABILITY PLAN,                            | Judge: Honorable Jeffrey S. White
16 |            Defendant,
17

18 | THE PRUDENTIAL INSURANCE
   | COMPANY OF AMERICA,
19
20 |            Real Party in Interest.

21

22

23        To the parties and their attorneys:
24

25        Please take notice that on June 20, 2008, at 9:00 a.m., or as soon thereafter as this

26 matter may be heard, before the Honorable Jeffrey S. White, United States District Court judge,

27 Plaintiff Linda Burgess will move for a motion to allow discovery in this action.

28

Notice of Motion and
Motion to Allow Discovery                    1                              C07-05310 JSW

1   This motion will be based upon this Notice of Motion and Motion; the Declaration
2   of Karen K. Wind, along with the exhibits to that declaration, filed and served herewith; the
3   Memorandum of Points and Authorities filed and served herewith; the papers and records on file
4   in this action; and such other and further matters as is adduced at the hearing on this matter.

6   This motion is based upon the grounds that Plaintiff's requested discovery is
7   appropriate under Rule 26(b)(1) of the Federal Rules of Civil Procedure.  This motion is made
8   following meet and confer conference of counsel, telephonically and by letter, which failed to
9   result in agreement on the availability of discovery in this action.

12  Dated: May 16, 2008            __/s/_____
                                    Karen K. Wind
13                                  Attorney for Linda Burgess