IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>            Plaintiff,<br><br>   v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>            Defendant. | No. C 07-05310 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on July 18, 2008, on Plaintiff's motion to allow discovery. The Court HEREBY ORDERS that Defendant's opposition to this motion shall be due by June 5, 2008 and Plaintiff's reply, if any, shall be due by June 12, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE