```
RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE CO. OF
AMERICA, Real Party in Interest, and
TOWNSEND AND TOWNSEND AND CREW
LLP LONG TERM DISABILITY PLAN
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN<br><br>　　　　　Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>　　　　　Real Party in Interest. | CASE NO. C07-05310 (JSW) (ADR)<br><br>**DECLARATION OF TAMIKA S. WILLIAMS** |

DECLARATION OF TAMIKA S. WILLIAMS

I, TAMIKA S. WILLIAMS, declare:

1.   I am employed by The Prudential Insurance Company of America ("Prudential"). I make this declaration of my own true knowledge, and if called upon as a witness, could and would competently testify to the truth of the facts stated in this declaration.

2.   Attached hereto as Exhibit "1" is a true and correct copy of a written report of Dr. Paul F. Howard.  This document was maintained in the course of Prudential's regular business activity; within the administrative record pertaining to the disability claim of Linda Burgess.

I declare under penalty of perjury pursuant to the laws of the State of California and the

-1-

DECLARATION OF TAMIKA S. WILLIAMS [Case No. C07-05310 (JSW) (ADR)]

United States of America that the foregoing is true and correct, and that this declaration was executed this 5th day of June, 2008 at Roseland, New Jersey.

/s/ Tamika S. Williams
TAMIKA S. WILLIAMS, declarant

-2-
DECLARATION OF TAMIKA S. WILLIAMS [Case No. C07-05310 (JSW) (ADR)]