RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE CO. OF
AMERICA, Real Party in Interest, and
TOWNSEND AND TOWNSEND AND CREW
LLP LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>　　　　　　Plaintiff,<br>　vs.<br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN<br>　　　　　　Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>　　　　　　Real Party in Interest. | CASE NO. C07-05310 (JSW) (ADR)<br><br>**DECLARATION OF RONALD K. ALBERTS AND ATTESTATION OF CONFORMED SIGNATURES** |

　　　　I, RONALD K. ALBERTS, declare:

　　　　I hereby attest that I have on file all holograph signatures for any signatures indicated by a 'conformed' signatures (/s/) within the e-filed documents filed conjointly herewith.

Dated: June 5, 2006　　　　　　/s/ Ronald K. Alberts
　　　　　　　　　　　　　　　　RONALD K. ALBERTS, declarant

-1-