1 | Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, CA 94501
3 | Telephone: (510) 814-6100
Facsimile: (510) 814-0650
4 |
5 | Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
6 | Tad A. Devlin, SBN#190355
Gordon & Rees LLP
7 | 275 Battery Street, 20th Floor
San Francisco, CA 94111
8 | Phone: (415) 986.5900
Fax: (415) 986.8054
9 |
10 | Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>Defendant, | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE BRIEFING SCHEDULE AND RESET IT FOLLOWING HEARING |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Real Party in Interest. | |

On January 28, 2008, this Court filed its minute order (docket number 13) setting forth a briefing schedule and setting a hearing on cross-motions for summary judgment. The hearing is set for September 12, 2008; the first brief is due on June 27, 2008.

1                                                                                              CASE NO. C07-05310

1         Plaintiff has filed a motion for leave to conduct discovery which is set for hearing on July 18.

        The parties believe that it would be best to vacate the present briefing schedule on the motions for summary judgment, and reset that schedule following the ruling on the motion for discovery. In discussing modifications to the briefing schedule to accommodate the discovery motion and proposed discovery,

        The parties have reviewed different desired briefing schedules for the summary judgment motions which depend upon different possible rulings on the discovery motion. If the Court limits discovery to that which is in under the control of the parties, the parties discussed briefing schedules which maintain the current hearing date. If, however, the Court were to allow depositions of third parties, then it may be necessary to continue the hearing date on the motions for summary judgment depending upon the availability of the third parties for deposition.

        For all of these reason, IT IS HEREBY STIPULATED by the parties, that the briefing schedule on the cross-motions for summary judgment be vacated, that the parties will meet and confer thereon and file a new, stipulated, briefing schedule no later than July 25, 2008, which shall maintain the current September 12, 2008 hearing date for the cross motions for summary judgment, unless the Court, by order, changes the date for that hearing.

Dated: June 23, 2008         LAW OFFICES OF LAURENCE F. PADWAY

By: ___/s/_____
Laurence F. Padway
Attorneys for Plaintiff
LINDA BURGESS

Dated: June 23, 2008

GORDON & REES

By: ___/s/___
Ronald Alberts
Attorneys for Defendant
TOWNSEND AND TOWNSEND
AND CREW, LLP and Real Party in
Interest, The Prudential Insurance
Company of America

## ORDER

IT IS HEREBY ORDERED that the briefing schedule on the cross-motions for summary judgment be vacated, that the parties will meet and confer thereon and file a new, stipulated, briefing schedule no later than July 25, 2008. The current September 12, 2008 hearing date for the cross motions for summary judgment shall be maintained, unless the Court, by order, changes the date.

Dated:

_____
Hon. Jeffrey S. White
United States District Court Judge