Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>    Defendant, | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE BRIEFING SCHEDULE AND RESET IT FOLLOWING HEARING |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | |

On January 28, 2008, this Court filed its minute order (docket number 13) setting forth a briefing schedule and setting a hearing on cross-motions for summary judgment. The hearing is set for September 12, 2008; the first brief is due on June 27, 2008.

1  Plaintiff has filed a motion for leave to conduct discovery which is set for hearing
2  on July 18.
3
4  The parties believe that it would be best to vacate the present briefing schedule on
5  the motions for summary judgment, and reset that schedule following the ruling on the motion
6  for discovery. In discussing modifications to the briefing schedule to accommodate the
7  discovery motion and proposed discovery,
8
9  The parties have reviewed different desired briefing schedules for the summary
10 judgment motions which depend upon different possible rulings on the discovery motion. If the
11 Court limits discovery to that which is in under the control of the parties, the parties discussed
12 briefing schedules which maintain the current hearing date. If, however, the Court were to allow
13 depositions of third parties, then it may be necessary to continue the hearing date on the motions
14 for summary judgment depending upon the availability of the third parties for deposition.
15
16 For all of these reason, IT IS HEREBY STIPULATED by the parties, that the
17 briefing schedule on the cross-motions for summary judgment be vacated, that the parties will
18 meet and confer thereon and file a new, stipulated, briefing schedule no later than July 25, 2008,
19 which shall maintain the current September 12, 2008 hearing date for the cross motions for
20 summary judgment, unless the Court, by order, changes the date for that hearing.
21
22
23 Dated: June 23, 2008                          LAW OFFICES OF LAURENCE F. PADWAY
24
                                                By: ____/s/_____
25                                                  Laurence F. Padway
                                                    Attorneys for Plaintiff
26                                                  LINDA BURGESS
27
28

Dated: June 23, 2008

GORDON & REES

By: ____/s/_____
Ronald Alberts
Attorneys for Defendant
TOWNSEND AND TOWNSEND
AND CREW, LLP and Real Party in
Interest, The Prudential Insurance
Company of America

## ORDER

IT IS HEREBY ORDERED that the briefing schedule on the cross-motions for summary judgment be vacated, that the parties will meet and confer thereon and file a new, stipulated, briefing schedule no later than July 25, 2008. The current September 12, 2008 hearing date for the cross motions for summary judgment shall be maintained, unless the Court, by order, changes the date.

Dated: July 2, 2008

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
United States District Court Judge