Laurence F. Padway (SBN 083914)
Karen K. Wind (SBN 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts (SBN 100017)
Tad A. Devlin (SBN 190355)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986.8054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>         Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>         Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

WHEREAS, at the Initial Case Management Conference held January 25, 2008, the Court set an initial briefing schedule for cross-motions for summary judgment to be heard September 12, 2008; and

1  WHEREAS, by its order dated July 2, 2008, the Court vacated that initial briefing
2  schedule and ordered the parties to meet and confer and then file a new, stipulated briefing
3  schedule; and.
4
5  WHEREAS, by its latest order dated July 16, 2008, the Court ordered the filing date
6  for the last brief in the new briefing schedule to be set at least three weeks before the September
7  12, 2008, hearing date; and
8
9  WHEREAS, the parties have met and conferred, and they have agreed on a new
10  briefing schedule to comply with the Court's latest order.
11
12  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
13  The briefing schedule for the parties' cross-motions for summary judgment shall be
14  reset, as follows:  Both parties' cross-motions for summary judgment due August 8, 2008.
15  Oppositions to cross-motions due August 22, 2008.  No replies shall be filed.
16
17
18  Dated: July 22, 2008    LAW OFFICES OF LAURENCE F. PADWAY
19
20  By: _____/s/_____
    Karen K. Wind
21  Attorneys for Plaintiff
    LINDA BURGESS
22
23  Dated: July 22, 2008    GORDON & REES LLP
24  By: _____/s/_____
    Tad A. Devlin
25  Attorneys for Defendant
    TOWNSEND AND TOWNSEND AND
26  CREW LLP LONG TERM DISABILITY
    PLAN and Real Party in Interest, THE
27  PRUDENTIAL INSURANCE CO. OF
    AMERICA
28

**ORDER**

IT IS HEREBY ORDERED that the briefing schedule for the parties' cross-motions for summary judgment to be heard September 12, 2008, shall be reset as follows:

Both parties' cross-motions for summary judgment due August 8, 2008.

Oppositions to cross-motions due August 22, 2008.

No replies shall be filed.

Dated: July ____, 2008

_____
United States District Court Judge
Jeffrey S. White