Laurence F. Padway (SBN 083914)
Karen K. Wind (SBN 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff


Ronald K. Alberts (SBN 100017)
Tad A. Devlin (SBN 190355)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986.8054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>        Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>        Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

WHEREAS, at the Initial Case Management Conference held January 25, 2008, the Court set an initial briefing schedule for cross-motions for summary judgment to be heard September 12, 2008; and

1  WHEREAS, by its order dated July 2, 2008, the Court vacated that initial briefing
2  schedule and ordered the parties to meet and confer and then file a new, stipulated briefing
3  schedule; and.
4
5  WHEREAS, by its latest order dated July 16, 2008, the Court ordered the filing date
6  for the last brief in the new briefing schedule to be set at least three weeks before the September
7  12, 2008, hearing date; and
8
9  WHEREAS, the parties have met and conferred, and they have agreed on a new
10 briefing schedule to comply with the Court's latest order.
11
12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
13 The briefing schedule for the parties' cross-motions for summary judgment shall be
14 reset, as follows: Both parties' cross-motions for summary judgment due August 8, 2008.
15 Oppositions to cross-motions due August 22, 2008. No replies shall be filed.
16
17
18 Dated: July 22, 2008            LAW OFFICES OF LAURENCE F. PADWAY
19
20                                 By: _____/s/_____
                                       Karen K. Wind
21                                     Attorneys for Plaintiff
                                       LINDA BURGESS
22
23 Dated: July 22, 2008            GORDON & REES LLP
24                                 By: _____/s/_____
                                       Tad A. Devlin
25                                     Attorneys for Defendant
                                       TOWNSEND AND TOWNSEND AND
26                                     CREW LLP LONG TERM DISABILITY
                                       PLAN and Real Party in Interest, THE
27                                     PRUDENTIAL INSURANCE CO. OF
                                       AMERICA
28

STIPULATON AND [PROPOSED] ORDER
TO RESET BRIEFING SCHEDULE            2            CASE NO. C07-05310 JSW

**ORDER**

IT IS HEREBY ORDERED that the briefing schedule for the parties' cross-motions for summary judgment ~~to be heard September 12, 2008,~~ shall be reset as follows: Plaintiff shall file her opening motion for summary judgment by August 8, 2008. Defendant shall ~~Both parties' cross-motions for summary judgment due August 8, 2008.~~ file its opposition and cross-motion by no later than August 22, 2008. Plaintiff shall file her reply ~~Oppositions to cross-motions due August 22, 2008.~~ in support of her motion and opposition to the cross-motion by no later than September 5, 2008. ~~No replies shall be filed.~~ Defendant shall file its reply by no later than September 19, 2008. The Court HEREBY CONTINUES the hearing to October 10, 2008 at 9:00 a.m.

Dated: July 23 , 2008

_____
United States District Court Judge
Jeffrey S. White

STIPULATON AND ~~[PROPOSED]~~ ORDER
TO RESET BRIEFING SCHEDULE         3                    CASE NO. C07-05310 JSW