1  Laurence F. Padway, SBN# 83914
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Phone: (510) 814-0680
   Fax:   (510) 814-0650
4
   Attorneys for plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS | CASE NO. C07-05310 JSW |
| Plaintiff, | **DECLARATION OF LAURENCE F. PADWAY IN SUPPORT OF LINDA BURGESS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN | |
| Defendant, | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Real Party in Interest. | |

Dec. of L. Padway                                       CASE NO. C07-05310 JSW

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiff.

2. I request the court to take judicial notice of exhibit 1 hereto, which is a copy of excerpts from the Dictionary and Statistical Manual for Mental Disorders, DSM IV TR, published by the American Psychiatric Association as an authoritative text in the field of psychiatry. See. *U. S. v. Murdoch*, 98 Fed. 3d 472, 478 (9th Cir. 1996), *U. S. V. Cantu*, 12 Fed. 3d 1506, 1509, n.1 (9th Cir. 1993) (both taking judicial notice of DSM IV)

3. On December 12, 2006, I forwarded to Prudential a transmittal letter identifying five sets of medical records and the statement of Linda Burgess. I attach a copy of the transmittal letter and the statement as exhibit 2. The transmittal letter appears in the administrative record. The enclosed statement of Linda Burgess does not appear in the administrative record. Prudential never contacted me to advise that the statement was not, in fact, enclosed with the transmittal letter.

4. I attach as exhibit 3 a true and correct copy of the September 17, 2007 award letter from the Social Security Administration.

Executed this 8th day of August, 2008, at Alameda, California.

/s/_____
Laurence F. Padway

---

Dec. of L. Padway

i

CASE NO. C07-05310 JSW