Exhibit 1

# DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

## FOURTH EDITION

## TEXT REVISION

Published by the
American Psychiatric Association
Washington, DC

Copyright © 2000 American Psychiatric Association

DSM, DSM-IV, and DSM-IV-TR are trademarks of the American Psychiatric Association. Use of these terms is prohibited without permission of the American Psychiatric Association.

ALL RIGHTS RESERVED. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including electronic applications.

Correspondence regarding copyright permissions should be directed to the DSM Permissions, Office of Publishing Operations, American Psychiatric Association, 1400 K Street, N.W., Washington, DC 20005.

Manufactured in the United States of America on acid-free paper.

American Psychiatric Association
1400 K Street, N.W., Washington, DC 20005
www.psych.org

The correct citation for this book is American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2000.

**Library of Congress Cataloging-in-Publication Data**

Diagnostic and statistical manual of mental disorders : DSM-IV.—4th ed., text revision.
p. ; cm.
Prepared by the Task Force on DSM-IV and other committees and work groups of the American Psychiatric Association.
Includes index.
ISBN 0-89042-024-6 (casebound : alk. paper)—ISBN 0-89042-025-4 (pbk. : alk. paper)
1. Mental illness—Classification—Handbooks, manuals, etc. 2. Mental illness—Diagnosis—Handbooks, manuals, etc. I. Title: DSM-IV. II. American Psychiatric Association. III. American Psychiatric Association. Task Force on DSM-IV.
[DNLM: 1. Mental Disorders—classification. 2. Mental Disorders—diagnosis.
WM 15 D536 2000]
RC455.2.C4 D536 2000
616.89'075—dc21

00-024852

**British Library Cataloguing in Publication Data**

A CIP record is available from the British Library.

Text Design—Anne Barnes
Manufacturing—R. R. Donnelley & Sons Company

# TASK FORCE ON DSM-IV

ALLEN FRANCES, M.D.
*Chairperson*

HAROLD ALAN PINCUS, M.D.
*Vice-Chairperson*

MICHAEL B. FIRST, M.D.
*Editor, Text and Criteria*

Nancy Coover Andreasen, M.D., Ph.D.
David H. Barlow, Ph.D.
Magda Campbell, M.D.
Dennis P. Cantwell, M.D.
Ellen Frank, Ph.D.
Judith H. Gold, M.D.
John Gunderson, M.D.
Robert E. Hales, M.D.
Kenneth S. Kendler, M.D.
David J. Kupfer, M.D.
Michael R. Liebowitz, M.D.
Juan Enrique Mezzich, M.D., Ph.D.
Peter E. Nathan, Ph.D.
Roger Peele, M.D.
Darrel A. Regier, M.D., M.P.H.
A. John Rush, M.D.
Chester W. Schmidt, M.D.
Marc Alan Schuckit, M.D.
David Shaffer, M.D.
Robert L. Spitzer, M.D.
*Special Adviser*
Gary J. Tucker, M.D.
B. Timothy Walsh, M.D.
Thomas A. Widiger, Ph.D.
*Research Coordinator*
Janet B. W. Williams, D.S.W.
John C. Urbaitis, M.D.
*Assembly Liaison*
James J. Hudziak, M.D.
*Resident Fellow* (1990–1993)
Junius Gonzales, M.D.
*Resident Fellow* (1988–1990)

Ruth Ross, M.A.
*Science Editor*
Nancy E. Vettorello, M.U.P.
*Administrative Coordinator*
Wendy Wakefield Davis, Ed.M.
*Editorial Coordinator*
Cindy D. Jones
*Administrative Assistant*
Nancy Sydnor-Greenberg, M.A.
*Administrative Consultant*
Myriam Kline, M.S.
*Focused Field-Trial Coordinator*
James W. Thompson, M.D., M.P.H.
*Videotape Field-Trial Coordinator*

The DSM-IV Text Revision Work Groups are listed on pp. xv–xvii.

## Anxiety Disorders Work Group

Michael R. Liebowitz, M.D.
*Chairperson*

David H. Barlow, Ph.D.
*Vice-Chairperson*

James C. Ballenger, M.D.
Jonathan Davidson, M.D.
Edna Foa, Ph.D.
Abby Fyer, M.D.

## Delirium, Dementia, and Amnestic and Other Cognitive Disorders Work Group

Gary J. Tucker, M.D.
*Chairperson*

Michael Popkin, M.D.
*Vice-Chairperson*

Eric Douglas Caine, M.D.

Marshall Folstein, M.D.
Gary Lloyd Gottlieb, M.D.
Igor Grant, M.D.
Benjamin Liptzin, M.D.

## Disorders Usually First Diagnosed During Infancy, Childhood, or Adolescence Work Group

David Shaffer, M.D.
*Co-Chairperson*

Magda Campbell, M.D.
*Co-Chairperson*

Susan J. Bradley, M.D.
Dennis P. Cantwell, M.D.
Gabrielle A. Carlson, M.D.
Donald Jay Cohen, M.D.
Barry Garfinkel, M.D.

Rachel Klein, Ph.D.
Benjamin Lahey, Ph.D.
Rolf Loeber, Ph.D.
Jeffrey Newcorn, M.D.
Rhea Paul, Ph.D.
Judith H. L. Rapoport, M.D.
Sir Michael Rutter, M.D.
Fred Volkmar, M.D.
John S. Werry, M.D.

## Eating Disorders Work Group

B. Timothy Walsh, M.D.
*Chairperson*

Paul Garfinkel, M.D.

Katherine A. Halmi, M.D.
James Mitchell, M.D.
G. Terence Wilson, Ph.D.

## Mood Disorders Work Group

A. John Rush, M.D.
*Chairperson*

Martin B. Keller, M.D.
*Vice-Chairperson*

Mark S. Bauer, M.D.

David Dunner, M.D.
Ellen Frank, Ph.D.
Donald F. Klein, M.D.

## Multiaxial Issues Work Group

Janet B. W. Williams, D.S.W.
*Chairperson*
Howard H. Goldman, M.D., Ph.D.
*Vice-Chairperson*
Alan M. Gruenberg, M.D.
Juan Enrique Mezzich, M.D., Ph.D.
Roger Peele, M.D.
Stephen Setterberg, M.D.
Andrew Edward Skodol II, M.D.

## Personality Disorders Work Group

John Gunderson, M.D.
*Chairperson*
Robert M. A. Hirschfeld, M.D.
*Vice-Chairperson*
Roger Blashfield, Ph.D.
Susan Jean Fiester, M.D.
Theodore Millon, Ph.D.
Bruce Pfohl, M.D.
Tracie Shea, Ph.D.
Larry Siever, M.D.
Thomas A. Widiger, Ph.D.

## Premenstrual Dysphoric Disorder Work Group

Judith H. Gold, M.D.
*Chairperson*
Jean Endicott, Ph.D.
Barbara Parry, M.D.
Sally Severino, M.D.
Nada Logan Stotland, M.D.
Ellen Frank, Ph.D.
*Consultant*

## Psychiatric Systems Interface Disorders (Adjustment, Dissociative, Factitious, Impulse-Control, and Somatoform Disorders and Psychological Factors Affecting Medical Conditions) Work Group

Robert E. Hales, M.D.
*Chairperson*
C. Robert Cloninger, M.D.
*Vice-Chairperson*
Jonathan F. Borus, M.D.
Jack Denning Burke, Jr., M.D., M.P.H.
Joe P. Fagan, M.D.
Steven A. King, M.D.
Ronald L. Martin, M.D.
Katharine Anne Phillips, M.D.
David A. Spiegel, M.D.
Alan Stoudemire, M.D.
James J. Strain, M.D.
Michael G. Wise, M.D.

## Schizophrenia and Other Psychotic Disorders Work Group

Nancy Coover Andreasen, M.D., Ph.D.
*Chairperson*
John M. Kane, M.D.
*Vice-Chairperson*
Samuel Keith, M.D.
Kenneth S. Kendler, M.D.
Thomas McGlashan, M.D.

## Sexual Disorders Work Group

Chester W. Schmidt, M.D.
*Chairperson*

Raul Schiavi, M.D.

Leslie Schover, Ph.D.

Taylor Seagraves, M.D.

Thomas Nathan Wise, M.D.

## Sleep Disorders Work Group

David J. Kupfer, M.D.
*Chairperson*

Charles F. Reynolds III, M.D.
*Vice-Chairperson*

Daniel Buysse, M.D.

Roger Peele, M.D.

Quentin Regestein, M.D.

Michael Sateia, M.D.

Michael Thorpy, M.D.

## Substance-Related Disorders Work Group

Marc Alan Schuckit, M.D.
*Chairperson*

John E. Helzer, M.D.
*Vice-Chairperson*

Linda B. Cottler, Ph.D.

Thomas Crowley, M.D.

Peter E. Nathan, Ph.D.

George E. Woody, M.D.

## Committee on Psychiatric Diagnosis and Assessment

Layton McCurdy, M.D.
*Chairperson* (1987–1994)

Kenneth Z. Altshuler, M.D. (1987–1992)

Thomas F. Anders, M.D. (1988–1994)

Susan Jane Blumenthal, M.D. (1990–1993)

Leah Joan Dickstein, M.D. (1988–1991)

Lewis J. Judd, M.D. (1988–1994)

Gerald L. Klerman, M.D. (deceased) (1988–1991)

Stuart C. Yudofsky, M.D. (1992–1994)

Jack D. Blaine, M.D.
*Consultant* (1987–1992)

Jerry M. Lewis, M.D.
*Consultant* (1988–1994)

Daniel J. Luchins, M.D.
*Consultant* (1987–1991)

Katharine Anne Phillips, M.D.
*Consultant* (1992–1994)

Cynthia Pearl Rose, M.D.
*Consultant* (1990–1994)

Louis Alan Moench, M.D.
*Assembly Liaison* (1991–1994)

Steven K. Dobscha, M.D.
*Resident Fellow* (1990–1992)

Mark Zimmerman, M.D.
*Resident Fellow* (1992–1994)

## Joint Committee of the Board of Trustees and Assembly of District Branches on Issues Related to DSM-IV

Ronald A. Shellow, M.D.
*Chairperson*

Harvey Bluestone, M.D.

Leah Joan Dickstein, M.D.

Arthur John Farley, M.D.

Carol Ann Bernstein, M.D.

.D.

nent

M.D.

-1994)

992)

994)

d

# WORK GROUPS FOR THE DSM-IV TEXT REVISION

MICHAEL B. FIRST, M.D.
*Co-Chairperson and Editor*

HAROLD ALAN PINCUS, M.D.
*Co-Chairperson*

Laurie E. McQueen, M.S.S.W.
*DSM Project Manager*

Yoshie Satake, B.A.
*DSM Program Coordinator*

## Anxiety Disorders Text Revision Work Group

Murray B. Stein, M.D.
*Chairperson*

Jonathan Abramowitz, Ph.D.

Gordon Asmundson, Ph.D.

Jean C. Beckham, Ph.D.

Timothy Brown, Ph.D., Psy.D.

Michelle Craske, Ph.D.

Edna Foa, Ph.D.

Thomas Mellman, M.D.

Ron Norton, Ph.D.

Franklin Schneier, M.D.

Richard Zinbarg, Ph.D.

## Delirium, Dementia, and Amnestic and Other Cognitive Disorders and Mental Disorders Due to a General Medical Condition Text Revision Work Group

Eric Douglas Caine, M.D.

Jesse Fann, M.D., M.P.H.

## Disorders Usually First Diagnosed During Infancy, Childhood, or Adolescence Text Revision Work Group

David Shaffer, M.D.
*Chairperson*

Donald J. Cohen, M.D.

Stephen Hinshaw, Ph.D.

Rachel G. Klein, Ph.D.

Ami Klin, Ph.D.

Daniel Pine, M.D.

Mark A. Riddle, M.D.

Fred R. Volkmar, M.D.

Charles Zeanah, M.D.

## Eating Disorders Text Revision Work Group

Katharine L. Loeb, Ph.D.

B. Timothy Walsh, M.D.

## Medication-Induced Movement Disorders Text Revision Work Group

Gerard Addonizio, M.D.

Lenard Adler, M.D.

Burton Angrist, M.D.

Daniel Casey, M.D.

Alan Gelenberg, M.D.

James Jefferson, M.D.

Dilip Jeste, M.D.

Peter Weiden, M.D.

## Mood Disorders Text Revision Work Group

Mark S. Bauer, M.D.
Patricia Suppes, M.D., Ph.D.
Michael E. Thase, M.D.

## Multiaxial Text Revision Work Group

Alan M. Gruenberg, M.D.

## Personality Disorders Text Revision Work Group

Bruce Pfohl, M.D.
Thomas A. Widiger, Ph.D.

## Premenstrual Dysphoric Disorder Text Revision Work Group

Sally Severino, M.D.

## Psychiatric System Interface Disorders (Adjustment, Dissociative, Factitious, Impulse-Control, and Somatoform Disorders and Psychological Factors Affecting Medical Conditions) Text Revision Work Group

Mitchell Cohen, M.D.
Marc Feldman, M.D.
Eric Hollander, M.D.
Steven A. King, M.D.
James Levenson, M.D.
Ronald L. Martin, M.D. (deceased)
Jeffrey Newcorn, M.D.
Russell Noyes, Jr., M.D.
Katharine Anne Phillips. M.D.
Eyal Shemesh, M.D.
David A. Spiegel, M.D.
James J. Strain, M.D.
Sean H. Yutzy, M.D.

## Schizophrenia and Other Psychotic Disorders Text Revision Work Group

Michael Flaum, M.D.
*Chairperson*
Xavier Amador, Ph.D.

## Sexual and Gender Identity Disorders Text Revision Work Group

Chester W. Schmidt, M.D.
R. Taylor Segraves, M.D.
Thomas Nathan Wise, M.D.
Kenneth J. Zucker, Ph.D.

## Sleep Disorders Text Revision Work Group

Daniel Buysse, M.D.
Peter Nowell, M.D.

## Substance-Related Disorders Text Revision Work Group

Marc Alan Schuckit, M.D.

roup

M.D.

ıp

Group

·, Ph.D.

Work Group

ıt, Dissociative,
isorders and
ıditions)

I.D.

llips. M.D.

.D.

·ders

).

n Work Group

se, M.D.

Ph.D.

oup

Group

## American Psychiatric Association Committee on Psychiatric Diagnosis and Assessment

David J. Kupfer, M.D.
*Chair*

James Leckman, M.D.
*Member*

Katharine Anne Phillips, M.D.
*Member*

A. John Rush, M.D.
*Member*

Daniel Winstead, M.D.
*Member*

Bonnie Zima, M.D., Ph.D.
*Member*

Barbara Kennedy, M.D., Ph.D.
*Consultant*

Janet B. W. Williams, D.S.W.
*Consultant*

Louis Alan Moench, M.D.
*Assembly Liaison*

Jack Barchas, M.D.
*Corresponding Member*

Herbert W. Harris, M.D., Ph.D.
*Corresponding Member*

Charles Kaelber, M.D.
*Corresponding Member*

Jorge A. Costa e Silva, M.D.
*Corresponding Member*

T. Bedirhan Ustun, M.D.
*Corresponding Member*

Yeshuschandra Dhaibar, M.D.
*APA/Glaxo-Wellcome Fellow*

every day for at least 2 weeks), and clinically significant distress or impairment. The diagnosis **Depressive Disorder Not Otherwise Specified** may be appropriate for presentations of depressed mood with clinically significant impairment that do not meet criteria for duration or severity.

## Criteria for Major Depressive Episode

A. Five (or more) of the following symptoms have been present during the same 2-week period and represent a change from previous functioning; at least one of the symptoms is either (1) depressed mood or (2) loss of interest or pleasure.

   **Note:** Do not include symptoms that are clearly due to a general medical condition, or mood-incongruent delusions or hallucinations.

   (1) depressed mood most of the day, nearly every day, as indicated by either subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful).  **Note:** In children and adolescents, can be irritable mood.
   (2) markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day (as indicated by either subjective account or observation made by others)
   (3) significant weight loss when not dieting or weight gain (e.g., a change of more than 5% of body weight in a month), or decrease or increase in appetite nearly every day.  **Note:** In children, consider failure to make expected weight gains.
   (4) insomnia or hypersomnia nearly every day
   (5) psychomotor agitation or retardation nearly every day (observable by others, not merely subjective feelings of restlessness or being slowed down)
   (6) fatigue or loss of energy nearly every day
   (7) feelings of worthlessness or excessive or inappropriate guilt (which may be delusional) nearly every day (not merely self-reproach or guilt about being sick)
   (8) diminished ability to think or concentrate, or indecisiveness, nearly every day (either by subjective account or as observed by others)
   (9) recurrent thoughts of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide

B. The symptoms do not meet criteria for a Mixed Episode (see p. 365).

C. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).

E. The symptoms are not better accounted for by Bereavement, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.