Exhibit 2

Law Offices of
# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail : Lp@padway.com

December 12, 2006

Meredith Formon
Sr. Appeals Analyst                                866-285-8569 Fax
Prudential Insurance Company
Disability Management Services
Box 13480
Philadelphia, Pa 19176

    Re: Linda Burgess
    Claim Number: 10803954

Dear Ms. Formon:

    Thank you for your patience. At this time, we have preliminary information for you in connection with this appeal, which we are enclosing with the mailed copy of this letter:

1. Medical Records from Dr. Brian Kaye
2. Medical Records from Dr. Michael Pinckney (Janet Lord, M.D.)
3. Medical Records from Dr. James Davis and Alan J. Noble
4. Medical Records from Dr. Christopher Sue
5. Pharmacy Records
6. Statement of Linda Burgess

    There are disability statements from Dr. Kaye, Dr. Davis and Dr. Sue included with these records, but we would prefer to have more specific statements. We are awaiting a more detailed report from Dr. Davis and Dr. Sue, and when those are received, we will be able to conclude our submission on the appeal. I am hopeful that these will be received in the next three weeks. If there is any additional delay, I will keep you posted.

    Thank you for your patience.

Very truly yours,

Laurence F. Padway

PRUB00410

Statement of Linda Burgess

I would like to summarize parts of my medical history over the past decade, and how my medical conditions have impaired my ability to work.

I have longstanding fibromyalgia, which has gotten worse over the last decade, since my mother died in 1994. It went to a new level of pain after my foot surgery in July, 2005. I also was diagnosed with depression in the late 1990's which I think relates to my chronic pain and being unable to do the things that I want and need to do.

I met Chester on October 4, 1985 at Twin Peaks in San Francisco. We have now been married 17 years. Chester has a daughter from a prior marriage who is now 34 years old. We have no children together. Chester works for the University of California Office of the President, as the Manager of Data Warehouse and Corporate Systems.

I graduated from New York University in 1973 with a degree in Sociology. I later went to business school to learn typing, business writing and speed writing. I left my job as an office manager in an architectural firm in New York to come and work in 1984 in San Francisco as a benefits administrator for a world wide organization. After a series of similar positions, I found a wonderful job working for Townsend and Townsend and Crew as a legal secretary in 1989.

Townsend has a great work environment. The attorneys and other secretaries are very supportive. The Company pays well and provides good benefits. It also provides a number of social occasions for the staff, and sponsors continuing education.

My fibromyalgia flared in 1995 to a point which limited my activity. There have been flareups from time to time since then. I reduced my hours and took time off from time to time because I hurt too much to work more. As a result of my chronic pain, and partly because I could not exercise as much as I wanted and should have done, I have gained 70 or 80 pounds of weight in the last ten years, and I now weigh about 270 pounds. I liked to exercise by walking my dogs for an hour or going to the gym. This regimen increased my pain so I had to stop. I have tried different things to increase the amount of exercise. I bought a treadmill, but that exacerbated my pain, so I sold it. I tried free weights but this also exacerbated my pain. Now I have a recumbent bicycle which I can use for about 30 minutes at low resistance when I am having a good day.

I worked as a legal secretary for Townsend and Townsend and Crew from 1989 until I became disabled and unable to work on July 14, 2005, the day before I had surgery for my hammertoes and neuroma. I tried to return to work in August, 2005, but I had too much pain and only worked one day. When that did not work out, I expected to take a few months off from work and return to work in November, 2005. But in November, my feet were painful and swollen, and I could not return to work.

The hammertoe operation involved the second toe (the one next to the big toe) of each foot. The hammertoe surgery on the left foot was successful, but not the right foot. I have had constant pain in both feet since the surgery. This was variously diagnosed as a tarsal tunnel syndrome and a bilateral peripheral neuropathy. Recently, the prevailing view seems to be that this is a peripheral neuropathy.

For a year and a half after the surgery, both feet were too sensitive to wear a closed toe shoe or to wear socks. The tops of all of my toes are very sensitive. If they touch the top of my shoes there is a sharp, excruciating pain. My toes also produced a sharp, extreme pain if I stubbed them. Before I had surgery, I used to get pedicures, but I cannot get them now because my toes hurt too much.

The soles of both feet have had a constant burning sensation since the surgery which continues presently. Lyrica has provided enough relief that I can walk around the block, whereas before I could only walk about a half a block before I had extreme pain in the balls of my feet. I still have constant burning sensation in the balls of my feet, but it is a little more tolerable.

The sensitivity in the tops of my toes was reduced when I started taking high doses of Lyrica last month. Orthopedic shoes, which I started wearing in the last few months, have also helped some. Now, with the Lyrica, my toes are extremely painful when touched, but otherwise they are less sensitive than they were before.

My typical day begins at 7:30 a.m. My dogs wake me up. Sometimes, I wake up a few hours earlier because of pain and then I take a pain pill. Either my husband lets the dogs out, or I let them out. I wake up with a lot of pain. I wonder: "where's the truck that hit me." I get out of bed because it is uncomfortable to stay in bed, even though we bought a Tempur-Pedic memory foam bed which is supposed to be more comfortable. When I wake up, I have pain in my neck, shoulders, arms, legs – all of the "large muscles." My feet also hurt.

The only place I can be comfortable for any length of time is sitting on a particular ergonomically designed chair which I have, with my feet at hip level. So I will sit in the chair and watch television until 10:00 a.m. or so. If I have a medical appointment, I go out to it. I have medical appointments about once a week on average. Otherwise, I may run a short errand or go to the store, about a half mile away, and do light shopping. Chester does the heavy shopping. Otherwise, I usually stay home.

I straighten the house a little. Most housekeeping tasks increase my pain so I do not do them. Vacuuming and sweeping, anything that requires bending, hurts my back, neck and shoulders. Any bending or pulling, such as loading and unloading the dishwasher, causes back pain, neck pain and shoulder pain. We have a housekeeper who does the heavy cleaning.

Mostly, I watch television during the day. I used to knit, but I stopped because my

fingers hurt. I am afraid to do most things because they might cause a flareup. Being excited and happy, even though its fun, may cause a flareup. As can most social situations. Because of this, I have lost my ambition, and I really do not try to do too much anymore. I spend my day at home because my feet hurt. I fall easily, I lose my balance doing simple things such as putting on my clothes. The claims adjuster knows I spend my day at home because I am always there when she calls.

I drive short distances, but after fifteen minutes the bottom of my feet hurt and I have to stop. It was too far for me to drive to my doctors in San Francisco, so I had to change and start with new physicians closer to home.

I have a constant, weak, achiness most days. Sometimes taking two Norco lowers the severity of the pain enough that I can move about. It never takes the pain away. I used to take Vicoden, which worked about the same as the Norco. But my physician changed it to Norco because taking too many Vicoden raises concerns about liver toxicity from the acetimenophen. Usually I take 4-5 Norco a day.

I also take Flexeril which is a muscle relaxer. This seems to increase the effectiveness of the Norco. I take 2-4 of these a day.

I take 60 mg of Cymbalta twice a day, a total of 120 mg. Cymbalta is both an antidepressant and helps with the neuropathy. It has alleviated some of waking up in pain.

I also take 20 mg of Prozac once a day, an antidepressant.

In addition to the general achiness, I have pain in the legs. I have little sensation below the knees, and from the ankle down, I feel nothing at all, to the extent that I cannot tell by feel whether I am wearing shoes or sandals or nothing at all. If I walk barefoot, I have a severe pain in the bottom of the feet. My feet go from no sensation at all to a tingling sensation to sharp pain.

I tried accupuncture for this and I still get this treatment when I can afford it. He uses needles and infrared light. Once a week accupuncture helps some, but the relief doesn't last more than a few days and I can't afford it.

I used to like to get massages. My husband Chester and I would go to Calistoga for massages, but this causes me to flare up now. We don't go to Calistoga any more.

We also used to travel to Lake Tahoe and I would hike in the snow and shop. We don't do that anymore because I have too much pain from the altitude and cold weather. Chester skis at Lake Tahoe without me now.

The neuropathic pain flares up a lot at night. Sitting on my ergonomically

designed chair with my feet up on an Ottoman gives me some relief. Sometimes, I take Darvocet at night to help with this pain. I take less now than I used to since the Lyrica helps. I take 300 mg. of Lyrica at night, in addition to another 300 mg during the day.

The Lyrica helps with the pain but causes me to forget words. The prescribing information for Lyrica notes that "abnormal thinking (primarily difficulty with concentration/attention)" is one of the most common "adverse events" found in the clinical trials of Lyrica. So it seems to be a choice of evils– pain and clear thinking, or less pain and cloudy cognition.

I use Ambien CR and Elavil to help me sleep at night.

My new pain management physician, Dr. Pinkney, diagnosed me with some bursitis in my low back which caused sharp back pain. He gave me an epidural injection for this last December 13. This allowed me walk a little farther before the pain would start. It increased my endurance, and still seems to have some effect.

My social life has virtually ended because of the pain. We used to attend social events on Angel Island where some friends would rent a picnic site. I don't go anymore because I have too much pain caused by the frequently damp and cold weather, and Angel Island has a lot of hard surfaces and rough terrain. Chester attends without me, and he likes to be first to arrive and the last to leave.

We used to entertain friends with dinner parties or a bar b que. I would invite friends, cook and cleanup. Now, these events are infrequent, perhaps twice a year and Chester does all the work.

My illness has affected my marriage. Chester has taken on the housekeeping, cooking and laundry, which I used to do. Our sex life ended because I have too much pain during sex.

My physicians want me to exercise. I used to walk my dogs for exercise. I would go out for an hour or so. Now I have too much pain in my feet. With the Lyrica now I can walk the dogs around the block. I wear orthopedic shoes because regular shoes hurt my feet too much.

I can't work because:

1. I need to sit with my feet up most of the day;

2. Typing for more than a few minutes causes pain in my thumbs and fingers;

3. Typing also hurts my neck and shoulders after a

few minutes;

4. The Lyrica impairs my cognition. I have trouble remembering the correct words to complete a sentence, frequently clouded thought processes and difficulty with my short term memory- a legal secretary needs an excellent, detail oriented memory and needs to be able to write fluently;

5. I cannot stand long enough to do the photocopy work associated with my job;

6. My balance is so bad that I would be falling as I moved around the office assembling documents, obtaining files and similar things;

7. Sometimes my pain is so bad that no amount of narcotic is enough. So I would expect to have too many absences to hold a job; and

8. Frequently, it takes me so long to get up and dressed and out of the house that I would have too much tardiness to hold a job;

I would work if I could. It's a much better life than being disabled.

February 8, 2007

*Linda Burgess*
Linda Burgess