1 | RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
2 | SHANNON L. VICTOR (SBN 221889)
GORDON & REES LLP
3 | 275 Battery Street, Suite 2000
San Francisco, CA 94111
4 | Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
5 |
6 | Attorneys for Defendants
THE PRUDENTIAL INSURANCE CO. OF
7 | AMERICA, Real Party in Interest, and
TOWNSEND AND TOWNSEND AND CREW
8 | LLP LONG TERM DISABILITY PLAN

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 | |
| 12 LINDA BURGESS, | CASE NO. C07-05310 (JSW) (ADR) |
| 13          Plaintiff, | **DEFENDANTS' NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |
| 14     vs. | |
| 15 TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN, | |
| 16          Defendant, | |
| 17 | |
| 18 THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| 19          Real Party in Interest. | |
| 20 | |

21  PLEASE TAKE NOTICE:

22  Defendants, THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in

23  Interest, and TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY

24  PLAN, are lodging the Administrative Record (documents Bates range PRUB00001 –

25  PRUB000681) with the Court for the Court's reference in deciding the parties' cross-motions for

26  summary judgment.

27

28  / / / /

-1-

DEFENDANTS' NOTICE OF LODGING OF
ADMINISTRATIVE RECORD

CASE NO. C07-05310 (JWS) (ADR)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    DATED:  August 22nd, 2008

2                                                      GORDON & REES LLP

3                                                      By

4                                                           Ronald K. Alberts
                                                           Tad A. Devlin
5                                                           Shannon K. Victor
                                                           Attorneys for Defendant
6                                                           THE PRUDENTIAL INSURANCE CO.
                                                           OF AMERICA, Real Party in Interest, and
7                                                           TOWNSEND AND TOWNSEND AND
                                                           CREW LLP LONG TERM DISABILITY
8                                                           PLAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111