Law Offices of

# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail : Lpadway@padway.com

September 4, 2008

Hon. Jeffrey S. White
United States District Judge
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Burgess v. Townsend and Townsend and Crew LLP Long Term Disability Plan*, No. C-07-05310 JSW

Dear Judge White:

We represent Linda Burgess, the plaintiff. This matter was scheduled for hearing on cross-motions for summary judgment *and* further status conference on September 12.

The Court continued the hearing on the cross-motions for summary judgment to October 10. The order continuing that hearing does not mention the status conference, however.

I spoke with Tad Devlin, counsel for the defendant, and we agree that the status conference should likewise be continued to October 10.

Would you kindly have your clerk advise whether the status conference previoously set for September 12 has also been continued to October 12 to coincide with the hearing on the cross-motions for summary judgment?

Thank you for your kind attention to this matter.

Very truly yours,

Laurence F. Padway

cc: By E-filing