Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>            Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>            Defendant, | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE BRIEFS |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Real Party in Interest. | |

Whereas, by prior orders the Court has set the hearing on cross-motions for summary judgment on October 10, 2008; and

Whereas, plaintiffs brief in opposition to defendants motion and reply in support of plaintiff's motion is due September 5, 2008, and due to illness among staff counsel for plaintiff

1  requires one additional day to prepare the brief, and

2          Whereas, defendant's reply brief is due September 19, 2008,

3

4          Now, therefore it is stipulated by the parties that:

5

6          1. The due date for plaintiff's brief is extended from Friday, September 5 to noon,
7  Monday, September 8, 2008;

8          2. The due date for defendant's reply brief is extended from Friday, September 19
9  to noon, Monday, September 22, 2008.

10         The hearing date remains unchanged,

11

12

13 Dated: September 5, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

14
                                              By: ____/s/_____
15                                                Laurence F. Padway
                                                  Attorneys for Plaintiff
16                                                LINDA BURGESS

17 Dated: September 5, 2008                    GORDON & REES

18
                                              By: ____/s/_____
19                                                Tad Devlin
                                                  Attorneys for Defendant
20                                                TOWNSEND AND TOWNSEND
                                                  AND CREW, LLP and Real Party in
21                                                Interest, The Prudential Insurance
                                                  Company of America
22

23                      **[proposed] ORDER**

24         It is so ordered.

25 Dated: September 5, 2008

26                                            _____
                                              Jeffrey S. White
27                                            United States District Court Judge

28

                                   2                         CASE NO.  C07-05310