IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS, | No. C 07-05310 JSW |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 09/12/08 has been rescheduled for **Friday, 10/10/08** at **9:00 AM**, before the Honorable Jeffrey S. White. Please report to Courtroom 2, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   September 5, 2008                                            FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk