Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>       Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND<br>AND CREW LLP<br>LONG TERM DISABILITY PLAN,<br><br>       Defendant,<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>       Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND TIME TO FILE<br>BRIEFS |

      Whereas, by prior orders the Court has set the hearing on cross-motions for summary judgment on October 10, 2008; and

      Whereas, plaintiffs brief in opposition to defendants motion and reply in support of plaintiff's motion is due September 5, 2008, and due to illness among staff counsel for plaintiff

1  requires one additional day to prepare the brief, and

2        Whereas, defendant's reply brief is due September 19, 2008,

4        Now, therefore it is stipulated by the parties that:

6        1. The due date for plaintiff's brief is extended from Friday, September 5 to noon, Monday, September 8, 2008;

8        2. The due date for defendant's reply brief is extended from Friday, September 19 to noon, Monday, September 22, 2008.

10       The hearing date remains unchanged,

13 Dated: September 5, 2008      LAW OFFICES OF LAURENCE F. PADWAY

By: ____/s/_____
   Laurence F. Padway
   Attorneys for Plaintiff
   LINDA BURGESS

17 Dated: September 5, 2008      GORDON & REES

By: ____/s/_____
   Tad Devlin
   Attorneys for Defendant
   TOWNSEND AND TOWNSEND
   AND CREW, LLP and Real Party in
   Interest, The Prudential Insurance
   Company of America

                      [proposed] ORDER

24       It is so ordered.

25 Dated: September 8, 2008

_/s/ Jeffrey S. White_____
Jeffrey S. White
United States District Court Judge

                           2                      CASE NO.  C07-05310