Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff

Ronald K. Alberts SBN#100017
Tad A. Devlin, SBN#190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: (415) 986.5900
Fax: (415) 986.8054

Attorneys for Defendant and
Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP LONG TERM DISABILITY PLAN,<br><br>    Defendant,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | CASE NO. C07-05310 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.

Dated: January 26, 2009　　　　　　　　　　LAW OFFICES OF LAURENCE F. PADWAY

By: ____/s/_____
　　　Laurence F. Padway
　　　Attorneys for Plaintiff
　　　LINDA BURGESS

Dated: January 26, 2009　　　　　　　　　　GORDON & REES

By: ____/s/_____
　　　Tad Devlin
　　　Attorneys for Defendant
　　　TOWNSEND AND TOWNSEND
　　　AND CREW, LLP and Real Party in
　　　Interest, The Prudential Insurance
　　　Company of America

### [Proposed] ORDER

It is so ordered. The above named case is dismissed with prejudice.

Dated:　January 27, 2009

_/s/ Jeffrey S. White_____
Jeffrey S. White
United States District Court Judge